In the Matter of the Probate of the Will of THOMAS P. LALLY, Deceased.

MARGARET LALLY, Appellant, MARY LALLY et al., as Executors, et al., Respondents.

*Matter of Lally (Will),* 136 App. Div. 781, affirmed.
(Argued April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1910, which affirmed a decree of the Queens County Surrogate's Court admitting to probate the will of Thomas P. Lally, deceased.

*Thomas F. Magner* for appellant.

*William A. De Groot* and *Edward J. Connolly* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.